

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00236-CV

Lesley **WENGER**, City of Castle Hills Alderman Place 4 and Sylvia Gonzalez, City of Castle Hills Alderman Place 3,
Appellants—Cross-Appellees

v.

Mike **FLINN**, Bonnie Hopke, Vince Martinez, Scott Gray, Ginger Magers and Robbie Casey,
Appellees—Cross-Appellants

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15722
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's judgment and DISMISS the cross-appeal.

We ORDER all costs of this appeal taxed against appellants-cross-appellees, Lesley Wenger and Sylvia Gonzalez.

SIGNED September 29, 2021.

Luz Elena D. Chapa, Justice